**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7817**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

KIRK L. LONEY,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:02-cr-00290-REP-1; 3:11-cv-00337-REP)

Submitted:  April 21, 2016            Decided:  April 25, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kirk L. Loney, Appellant Pro Se.  Michael Steven Dry, Stephen Wiley Miller, Assistant United States Attorneys, Michael Arlen Jagels, Special Assistant United States Attorney, Matthew Childs Ackley, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kirk L. Loney appeals from the district court's order construing his Fed. R. Civ. P. 60(b) motion as an unauthorized successive 28 U.S.C. § 2255 (2012) motion and dismissing it on that basis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Loney, Nos. 3:02-cr-000290-REP-1; 3:11-cv-00337-REP (E.D. Va. Sept. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2